286

**HIL–TECH INTERNATIONAL, LTD., Plaintiff–Appellant,**

v.

**STANTECH, INC. AND THE STANDARD PRODUCTS COMPANY,**
Defendants–Cross Appellants.

No. 04–1277, 04–1309.

United States Court of Appeals,
Federal Circuit.

Dec. 16, 2004.

Before MAYER, Chief Judge,
NEWMAN and CLEVENGER, Circuit
Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.